# NO. 12-10-00140-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **SIMEON LEBLEU,** **APPELLANT** | **§** | **APPEAL FROM THE 3RD** |
| **V.** | **§** | **JUDICIAL DISTRICT COURT OF** |
| **CHRISTOPHER HOLEMAN,** **APPELLEE** | **§** | **ANDERSON COUNTY, TEXAS** |

## MEMORANDUM OPINION
### PER CURIAM

According to his notice of appeal, Appellant, Simeon LeBleu, attempts to appeal the "directive of the 3rd Dist. Court's order sending this matter to the O.I.G. of TX Dept of Cr Justice." On May 13, 2010, this court notified LeBleu that the information received in this appeal does not include a final judgment or other appealable order. Therefore, the record does not show that this court has jurisdiction of the appeal. LeBleu was further notified that his appeal would be dismissed if the information received in the appeal was not amended on or before June 14, 2010 to show the jurisdiction of this court.

The trial court clerk has now sent us an order denying "Plaintiff's Petition to Appear Before the County Grand Jury." This order is neither a final judgment nor an appealable order. Accordingly, the appeal is ***dismissed for want of jurisdiction.*** *See* TEX. R. APP. P. 37.2, 42.3.

Opinion delivered July 7, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)